No. 6047.—Bas, etc., aplte., *v.* Cte. Dto. Judicial Mpal. de Cayey, Hon. A. M. Torregrosa, Juez, querellado y Hoyo Lavin, interventor apldo.—C. D. Guayama. ▉▉▉▉▉ Marzo 27, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No habiéndose demostrado en este caso que el apelante no haya sido diligente en tramitar esta apelación, se declara sin lugar la moción para que se desestime el recurso interpuesto.

No. 5909.—United Porto Rican Sugar Co., of Porto Rico. aplda., *v.* Sucn. Sánchez, aplte.—C. D. Humacao. ▉▉▉▉ ▉▉▉▉▉—Marzo 31, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la moción que antecede, así como el escrito de oposición a la misma y el alegato del apelante; atendidas las circunstancias atenuantes indicadas en dicha moción y no habiendo demostrado el opositor que sea claramente frívolo el recurso, se deja sin efecto la resolución dictada por esta corte el día 13 de los corrientes, se admite el alegato del apelante radicado en marzo 24, 1933 y se ordena que el caso continúe tramitándose de acuerdo con la ley.

No. 6306.—Rubio, apldo., *v.* La Junta Examinadora de Ingenieros, etc., aplte.—C. D. San Juan.—▉▉▉▉▉ Marzo 31, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, habiendo el apelante radicado la trnscripción de los autos y evidencia en la secretaría de esta corte antes del acto de la vista y no habiendo el promovente demostrado que sea frívola la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en agosto 23, 1932, no ha lugar a la desestimación solicitada.